# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

TAMALA HAMILTON,

      Plaintiff,

v.                                     CASE NO.  8:18-cv-1230-T-26TGW

NCC BUSINESS SERVICES, INC.,

      Defendant.
_____/

## O R D E R

**UPON DUE CONSIDERATION** of the pleadings on file, as well as Plaintiff's

submission, it is **ORDERED AND ADJUDGED** that Plaintiff's Opposed Motion to

Strike Defendant's Affirmative Defenses (Dkt. 7) is **denied**.[1]  In the Court's view,

Plaintiff has failed to establish that the affirmative defenses have no possible relationship

to the controversy, may confuse the issues, or otherwise cause prejudice to Plaintiff.  See

United States v. MLU Serv., Inc., 544 F.Supp. 2d 1326, 1330 (M.D. Fla. 2008)

(observing that a motion to strike under Rule 12(f) of the Federal Rules of Civil

Procedure should only be granted if the matter sought to be omitted has no possible

relationship to the controversy, may confuse the issues, or otherwise prejudice a party)

---

     [1]  In light of this disposition of the motion, the Court needs no response from
Defendant.

(quoting <u>Reyher v. Trans World Airlines, Inc.</u>, 881 F.Supp. 574, 576 (M.D. Fla 1995)). As the Court in <u>MLU Services</u> further explained, "[b]ecause this standard is rarely met, '[m]otions to strike are generally disfavored by the Court and are often considered time wasters.'" 544 F.Supp. 2d at 1330 (quoting <u>Somerset Pharm., Inc. v. Kimball</u>, 168 F.R.D. 69, 71 (M.D. Fla. 1996)).

Finally, the Court agrees with the recent analysis of the court in <u>Hamblen v. Davol, Inc.</u>, 2018 WL 1493251, at *3 (M.D. Fla Mar. 27, 2018), that affirmative defenses should not be held to the pleading requirements of <u>Twombly/Iqbal</u> and that "any defenses that are not true affirmative defenses and are, instead, mere denials are not subject to being stricken." Plaintiff may renew her objections to the affirmative defenses within the context of a motion for summary judgment after the close of discovery.

**DONE AND ORDERED** at Tampa, Florida, on June 20, 2018.


_s_/*Richard A. Lazzara*_____
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**


<u>COPIES FURNISHED TO</u>:
Counsel of Record